UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEX ULLOA, | |
| Petitioner, | Civil Action No: 25-1871 (SDW) |
| v. | **WHEREAS OPINION** |
| WARDEN, FCI FORT DIX, | |
| Respondent. | May 14, 2025 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Alex Ulloa's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

**WHEREAS** under the local rules, "[u]nless prepared by counsel, petitions to this Court for a writ of habeas corpus … shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk." L.Civ.R. 81.2(a). Petitioner did not submit his habeas petition on the Clerk's form; and

**WHEREAS** the Clerk will be ordered to administratively terminate the Petition without prejudice pending receipt of an amended petition on the Clerk's form.

An appropriate order follows.

_____
**SUSAN D. WIGENTON, U.S.D.J.**
Dated: May 14, 2025

1